1  DONALD L. SAMUELS (CA State Bar No. 126287)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999

5
6  Attorneys for Defendant
   United Dominion Realty Trust, Inc.
7
8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION

10

11  MOISES VALENCIA and PAULA        CASE NO. C 09-02020-JCS
    VALENCIA,
12                                   **SUBSTITUTION OF ATTORNEY**
13              Plaintiffs,

14      v.

15  UNITED DOMINION REALTY TRUST, et al.,

16              Defendants.

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS ON RECORD:

Defendant, UNITED DOMINION REALTY TRUST, INC., pursuant to California Code of Civil Procedure § 371, makes the following substitution:

1. Former legal representatives, Attorneys:

> Natalie A. Pierce (State Bar No. 191342)
> Rachelle L. Wills (State Bar No. 257471
> Littler Mendelson, P.C.
> 650 California Street, 20th Floor
> San Francisco, California 94108
> Telephone: (415) 433-1940
> Facsimile: (415) 399-8490

2. New legal representatives, Attorneys:

> Donald L. Samuels (State Bar No. 126287)
> Holmes Roberts & Owen LLP
> 560 Mission Street, 25th Floor
> San Francisco, CA 94105
> Telephone: (415) 268-2000;
> Facsimile: (415) 268-1999

Defendant requests that all future pleadings and papers be served on Holme Roberts & Owen LLP at the foregoing address.

Dated: May 20, 2009     I request this Substitution.

By: _____
UNITED DOMINION REALTY TRUST, INC.

Dated: May 20 2009     I consent to this Substitution.

By: _____
Natalie Ann Pierce
Rachel L. Wills
LITTLER MENDELSON

2
Substitution of Attorney
*Valencia, et al. v. UDR*
Case No. 3:09-cv-02020-JCS

#44433 v1 saf

| | | |
|---|---|---|
| 1 | Dated: May 2︱ 2009 | I accept this Substitution. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Donald L. Samuels<br>HOLME ROBERTS & OWEN LLP |
| 5 | | |
| 6 | | |
| 7 | **IT IS SO ORDERED** | |
| 8 | | |
| 9 | | |
| 10 | Dated: May 22, 2009 | |
| 11 | | Hon. Joseph C. Spero<br>United States District Court Magistrate Judge |

3
Substitution of Attorney
*Valencia, et al. v. UDR*
Case No. 3:09-cv-02020-JCS

#44433 v1 saf

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO |
| 3 |     I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am |
| 4 | over the age of eighteen years and not a party to the within action.  My business address is 560 |
| 5 | Mission Street, 25th Floor, San Francisco, CA  94105. |
| 6 |     On May 22, 2009, I served the foregoing documents described as: |
| 7 | **SUBSTITUTION OF ATTORNEY** |
| 8 | on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed |
| 9 | envelope addressed as follows: |

Michael G. Miller, Esq.                              *Attorneys for Plaintiffs*
Harold Dean Sewall, Esq.
Perry, Johnson, Anderson, Miller &
 Moskowitz LLP
438 First Street, 4th Floor
Santa Rosa, CA  95402
Tel:     (707) 525-8800
Fax:    (707) 545-8242
Email:  miller@perrylaw.net
Email:  sewall@perrylaw.net

Natalie A. Pierce, Esq.                               *Attorneys for Defendant United Dominion Realty*
Rachelle L. Wills, Esq.                               *Trust, Inc.*
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA  94108
Tel:     (415) 433-1940
Fax:    (415) 399-8490
Email:  npierce@littler.com
Email:  rwills@littler.com

☐    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed

1  invalid if postal cancellation date or postage meter date is more than one day after date of deposit for
2  mailing in affidavit.

3  ☐ BY PERSONAL SERVICE: I caused the above-mentioned document to be
4  personally served to the offices of the addressee.

5  ☐ BY FACSIMILE: I communicated such document via facsimile to the addressee as
6  indicated on the attached service list.

7  ☐ BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to
8  the addressee as indicated on the attached service list.

9  ☐ BY EMAIL: I communicated such document via e-mail to the addressees' email
10 address as indicated above.

11 ☒ (FEDERAL) I declare that I am employed in the office of a member of the Bar of this
12 court at whose direction the service was made.

13 Executed on May 22, 2009 at San Francisco, California.

*[signature: Della Grant]*

Della Grant

2
Proof of Service
*Valencia, et al. v. UDR*
Case No. 3:09-cv-02020-JCS

#44433 v1 saf