```
MICHAEL G. MILLER (SBN: 136491)
HARRY D. SEWALL (SBN: 200603)
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Post Office Box 1028
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Attorneys for Plaintiffs MOISES VALENCIA
and PAULA VALENCIA


DONALD SAMUELS (SBN: 126287)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-1995
Attorneys for Defendant
UNITED DOMINION REALTY TRUST, INC
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MOISES VALENCIA and PAULA VALENCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED DOMINION REALITY TRUST, INC., and Does 1 through 20, inclusive<br><br>Defendants. | Civil Action No. 09-cv-02020 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO SERVE CASE MANAGEMENT STATEMENT** |

Pursuant to Northern district L.R. 6-2 and 16-2, the parties hereby stipulate as follows:

1.  The time for the parties to file their joint Case Management Statement shall be extended by three days, up to and including August 10, 2009.

#1423193 v1 den

This stipulation is entered into on the grounds that, while the parties are in substantial agreement regarding the substance of the Case Management Statement, Plaintiffs' counsel is out of the office and unable to review the Case Management Statement prior to the August 7, 2009 deadline.

Dated: August 7, 2009

_____
For
MICHAEL G. MILLER (SBN: 136491)
HARRY D. SEWALL (SBN: 200603)
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Post Office Box 1028
Santa Rosa, CA 95401
Telephone: (707) 525-8800

ATTORNEYS FOR PLAINTIFFS
MOISES VALENCIA
and PAULA VALENCIA

by: /s/ Donald L. Samuels
DONALD SAMUELS (SBN: 126287)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-1995

ATTORNEYS FOR DEFENDANT
UNITED DOMINION REALTY TRUST, INC

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August, 10, 2009

_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero

2

#1423193 v1 den