```
 1  MICHAEL G. MILLER (SBN: 136491)
    HARRY D. SEWALL (SBN: 200603)
 2  PERRY, JOHNSON, ANDERSON
    MILLER & MOSKOWITZ, LLP
 3  438 First Street, Fourth Floor
    Post Office Box 1028
 4  Santa Rosa, CA 95401
    Telephone: (707) 525-8800
 5  Facsimile:  (707) 545-8242

 6  Attorneys for Plaintiffs
    MOISES VALENCIA and PAULA VALENCIA
 7
```

## UNITED STATES DISTRICT COURT

## NORTHEN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MOISES VALENCIA and PAULA VALENCIA, | CASE NO: CV-09-2020 JCS |
| Plaintiff, | REQUEST TO PARTICIPATE BY TELEPHONE |
| vs. | Date: August 14, 2009<br>Time: 9:00 a.m.<br>Dept. A |
| UNITED DOMINION REALITY TRUST, INC., And Does 1 through 20, inclusive | (DIVERSITY JURISDICTION) |
| Defendants. | |

   Pursuant to Civil L.R. 16-10(a), Perry, Johnson, Anderson, Miller & Moskowitz, LLP, attorneys for Plaintiffs, requests to participate by telephone in the case management conference as set forth above. Round trip is approximately over 110 miles. It is economically beneficial to plaintiffs and environmentally appropriate to allow counsel to participate by telephone.

Dated: August 3, 2009

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

By: _____
HARRY D. SEWALL
Attorney for Plaintiffs
MOISES VALENCIA and PAULA VALENCIA

1

REQUEST TO PARTICIPATE BY TELEPHONE

COUNSEL FOR PLAINTIFFS MAY PARTICIPATE BY TELEPHONE IN THE CASE MANAGEMENT CONFERENCE ON AUGUST 14, 2009. The Court will initiate the phone contact. Counsel must be available starting at 1:30 PM and await the Court's call. No cell phones or speaker phones are permitted.

DATED: 8/5/9

IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REQUEST TO PARTICIPATE BY TELEPHONE

**PROOF OF SERVICE**
**CCP section 1013(a),(e), (f), 2015.5**
**CRC 2008 et seq.**

I declare as follows:

I am employed by PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP, whose address is 438 First Street, Fourth Floor, P.O. Box 1028, Santa Rosa, CA 95402-1028. I am over the age of 18 years, and not a party to the within action.

On **August 4, 2009**, I served the attached document(s) described as:

**REQUEST TO PARTICIPATE BY TELEPHONE**

on the interested parties in said cause, as follows:

| | |
|---|---|
| Donald L. Samuels<br>HOLME ROBERTS & OWEN LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203 | Attorney for Defendant, UNITED DOMINION REALTY TRUST, INC. |

XXX  By Regular U.S. Mail. The documents were placed for collection and mailing, following ordinary business practice for deposit in the United States Postal Service, in a sealed envelope, with the postage thereon fully prepaid, addressed as stated above.

_____  By personal service. I caused each such envelope to be delivered by hand to the addressee(s) as stated above.

_____  By facsimile or telecopier transmitted from (707) 545-8242. The document transmission was reported as complete and without error.

Receiving fax number: _____  Time of transmission: _____

A copy of the transmission report properly issued by the transmitting facsimile machine is attached to the original of this proof of service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **August 4, 2009** at Santa Rosa, California.

_____
STACI MURPHY