1  MICHAEL G. MILLER (SBN: 136491)
2  HARRY D. SEWALL (SBN: 200603)
   PERRY, JOHNSON, ANDERSON,
3  MILLER & MOSKOWITZ, LLP
   438 First Street, Fourth Floor
4  Post Office Box 1028
   Santa Rosa, CA 95401
5  Telephone: (707) 525-8800
6  Attorneys for Plaintiffs MOISES VALENCIA
   and PAULA VALENCIA
7
8  DONALD SAMUELS (SBN: 126287)
   HOLME ROBERTS & OWEN LLP
9  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
10 Telephone: (415) 268-1995
   Attorneys for Defendant
11 UNITED DOMINION REALTY TRUST, INC.
12
                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA
                    SAN FRANCISCO DIVISION
14
15

| | |
|---|---|
| MOISES VALENCIA and PAULA VALENCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED DOMINION REALITY TRUST, INC., and Does 1 through 20, inclusive <br><br> Defendants. | Civil Action No. 09-cv-02020 JCS <br><br> **REQUEST TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE** <br><br> Date:   August 14, 2009 <br> Time:   1:30 P.M. <br> Crtrm:  A <br> Judge:   Honorable Joseph Spero |

16
17
18
19
20
21
22
23
24
25
26
27
28

#1423297 v1 den

Pursuant to Northern District L.R. 16-10(a), Holme Roberts & Owen LLP, attorneys for

Defendant, United Dominion Realty Trust, Inc., respectfully requests to participate in the August

14, 2009 Initial Case Management Conference by telephone.

Dated:  August 7, 2009

_____   By:    by: /s/ Donald L. Samuels
                                                   DONALD SAMUELS (SBN: 126287)
                                                   HOLME ROBERTS & OWEN LLP
                                                   560 Mission Street, 25th Floor
                                                   San Francisco, CA 94105-2994
                                                   Telephone: (415) 268-1995

                                                   ATTORNEYS FOR DEFENDANT
                                                   UNITED DOMINION REALTY TRUST, INC

Dated: Aug. 10, 2009

GRANTED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#1423297 v1 den