MICHAEL G. MILLER (SBN: 136491)
HARRY D. SEWALL (SBN: 200603)
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Post Office Box 1028
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Facsimile: (707) 545-8242

Attorneys for Plaintiffs
MOISES VALENCIA and PAULA VALENCIA

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MOISES VALENCIA and PAULA VALENCIA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED DOMINION REALTY TRUST, INC., And Does 1 through 20, inclusive<br><br>Defendants. | CASE NO: CV -09-2020 JCS<br><br>REQUEST TO PARTICIPATE BY TELEPHONE<br><br>Date: November 20, 2009<br>Time: 1:30 p.m.<br>Dept. A<br><br>(DIVERSITY JURISDICTION) |

Pursuant to Civil L.R. 16-10(a), Perry, Johnson, Anderson, Miller & Moskowitz, LLP, attorneys for Plaintiffs, requests to participate by telephone in the case management conference as set forth above. Round trip is approximately over 110 miles. It is economically beneficial to plaintiffs and environmentally appropriate to allow counsel to participate by telephone.

Dated: August 17, 2009

PERRY, JOHNSON, ANDERSON,
MILLER & MOSKOWITZ, LLP

By: _____
MICHAEL G. MILLER
Attorney for Plaintiffs
MOISES VALENCIA and PAULA VALENCIA

1 COUNSEL FOR PLAINTIFFS MAY PARTICIPATE BY TELEPHONE IN THE CASE
2 MANAGEMENT CONFERENCE ON NOVEMBER 20, 2009

4 DATED: __8/18/09__



Judge Joseph C. Spero

**PROOF OF SERVICE**
**CCP section 1013(a),(e), (f), 2015.5**
**CRC 2008 et seq.**

I declare as follows:

I am employed by PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ, LLP, whose address is 438 First Street, Fourth Floor, P.O. Box 1028, Santa Rosa, CA 95402-1028. I am over the age of 18 years, and not a party to the within action.

On **August 18, 2009**, I served the attached document(s) described as:

**REQUEST TO PARTICIPATE BY TELEPHONE**
**November 20, 2009 - Case Management Conference**

on the interested parties in said cause, as follows:

| | |
|---|---|
| Laurie J. Rust<br>Holme Roberts & Owen LLP<br>560 Mission Street<br>25th Floor<br>San Francisco, CA 94105 | Attorney for Defendant, UNITED DOMINION REALTY TRUST, INC. |

XXX   By Regular U.S. Mail. The documents were placed for collection and mailing, following ordinary business practice for deposit in the United States Postal Service, in a sealed envelope, with the postage thereon fully prepaid, addressed as stated above.

_____   By personal service. I caused each such envelope to be delivered by hand to the addressee(s) as stated above.

_____   By facsimile or telecopier transmitted from (707) 545-8242. The document transmission was reported as complete and without error.

Receiving fax number: _____   Time of transmission: _____

A copy of the transmission report properly issued by the transmitting facsimile machine is attached to the original of this proof of service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **August 18, 2009** at Santa Rosa, California.

_____
STACI MURPHY