Donald L. Samuels (CA State Bar No. 126287)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
Email: donald.samuels@hro.com

Attorneys for Defendant
United Dominion Realty Trust, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MOISES VALENCIA and PAUL VALENCIA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED DOMINION REALTY TRUST, INC., and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. C 09-02020-JCS <br><br> **REQUEST TO PARTICIPATE BY TELEPHONE** <br><br> Date: November 20, 2009 <br> Time: 1:30 p.m. <br> Dept. A |

Pursuant to Northern District L.R. 16-10(a), Holme Roberts & Owen LLP, attorneys for Defendant, United Dominion Realty Trust, Inc., respectfully requests Court approval to participate in the November 20, 2009 Case Management Conference by telephone.

Dated: August 21, 2009.

HOLME ROBERTS & OWEN LLP

By: */s/ Donald L. Samuels*
DONALD L. SAMUELS
Attorneys for Defendant United Dominion Realty Trust, Inc.

---

1
REQUEST TO PARTICIPATE BY TELEPHONE
*Moises Valencia, et al. v. UDR, Inc., et al.*
Case No. C 09-02020-JCS

#1422915 v1 den

1     IT IS HEREBY ORDERED, that counsel for Defendant may participate by telephone in the
2 Case Management Conference scheduled for November 20, 2009. The Court will initiate the
3 telephone call to counsel at (303) 866-0548.

6     Dated:  8/25/09                                                           

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

# PROOF OF SERVICE
## 1013 A(3) CCP REVISED 5/1/88

STATE OF COLORADO, CITY AND COUNTY OF DENVER

     I am employed in the City and County of Denver, State of Colorado. I am over the age of 18 and not a party to the within action. My business address is 1700 Lincoln Street, Suite 4100, Denver, CO 80203.

     On August 24, 2009, I served the foregoing document described as **REQUEST TO PARTICIPATE BY TELEPHONE** on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Michael G. Miller, Esq.                         *Attorneys for Plaintiffs*
Harold D. Sewall, Esq.
Perry, Johnson, Anderson, Miller &
Moskowitz LLP
438 First Street, 4th Floor
Santa Rosa, CA  95404
Tel:    (707) 525-8800
Fax:    (707) 545-8242

    ☐    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Denver, Colorado in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    ☐    BY PERSONAL SERVICE: I caused the above-mentioned document to be personally served to the offices of the addressee.

    ☐    BY FACSIMILE: I communicated such document via facsimile to the addressee as indicated

    ☐    BY FEDERAL EXPRESS: I caused said document to be sent via Federal Express to the addressee as indicated on the attached service list.

---

1
Proof of Service
*Moises Valencia, et al. v. UDR, Inc., et al.*
Case No. C 09-02020-JCS

#1422915 v1 den

1     ☒    BY ELECTRONIC MAIL:  I caused the above-referenced document to be served to the addressee on the attached service list <u>via CM/ECF</u>..

    Executed on August 24, 2009, at Denver, Colorado.

    ☒    (FEDERAL) I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

    */s/ Suzanne Coffman*  
    Suzanne Coffman

2  
Proof of Service  
*Moises Valencia, et al. v. UDR, Inc., et al.*  
Case No. C 09-02020-JCS

#1422915 v1 den