Michael G. Miller (CA State Bar No. 136491)
Harry D. Sewall (CA State Bar No. 200603)
PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP
438 First Street, Fourth Floor
Post Office Box 1028
Santa Rosa, CA 95401
Telephone: (707) 525-8800
Attorneys for Plaintiffs Moises and Paula Valencia

Donald L. Samuels (CA State Bar No. 126287)
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203-4541
Telephone: (303) 861-7000
Facsimile: (303) 866-0200
Email: don.samuels@hro.com

Attorneys for Defendant
United Dominion Realty Trust, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MOISES VALENCIA and PAUL VALENCIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED DOMINION REALTY TRUST, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. C 09-02020-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Moises and Paula Valencia, by and

through their attorneys, and Defendant, UDR, Inc., formerly known as, United Dominion Realty

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE**
*Moises Valencia, et al. v. UDR, Inc., et al.*
Case No. C 09-02020-JCS

#1428640 v1 den

Trust, Inc., by and through its attorneys, hereby stipulate to the dismissal of this case with prejudice, each party to bear its/his/her own attorney's fees and costs.

Dated: October 6, 2009.

HOLME ROBERTS & OWEN LLP

By: */s/ Donald L. Samuels*
DONALD L. SAMUELS
Attorneys for Defendant UDR, Inc., f/k/a United Dominion Realty Trust, Inc.

Dated: September 23, 2009.

PERRY, JOHNSON, ANDERSON
MILLER & MOSKOWITZ, LLP

By: */s/ Harry D. Sewall*
HARRY D. SEWALL
Attorney for Plaintiff

2
**STIPULATION OF DISMISSAL WITH PREJUDICE**
*Moises Valencia, et al. v. UDR, Inc., et al.*
Case No. C 09-02020-JCS

#1428640 v1 den

# ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court having reviewed the file and being fully advised,

ORDERS that this action be dismissed WITH PREJUDICE, each party to pay his/her/its own attorney fees and costs.

Dated this __7th__ day of __October__, 2009.

BY THE COURT



_____
JUDGE
United States

1
**ORDER OF DISMISSAL WITH PREJUDICE**
*Moises Valencia, et al. v. UDR, Inc., et al.*
Case No. C 09-02020-JCS

#1428640 v1 den